LOIS I. BRADY (Bar No. 127596)
Chapter 7 Trustee
Pob 12754
Oakland, CA 94604
(510) 452-6498
(510) 452-6499 fax
loisbrady@sbcglobal.net

**FILED APR - 6 2010** UNITED STATES BANKRUPTCY COURT SAN FRANCISCO, CA

**RECEIVED APR 1 2 2010** BANKRUPTCY COURT OAKLAND, CALIFORNIA

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re: ) Case No: 08-43357-T-7
) Chapter 7
KENNETH STEVEN SCOLES )
BARBARA ANN SCOLES ) NOTICE OF UNCLAIMED DIVIDENDS
)
Debtor(s) )

TO THE CLERK OF COURT, U. S. BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure 3010, the Trustee in the above captioned case hereby turns over to the Court unclaimed dividends over 90 days old in the amount of $561.59. The name(s) and address(es) of the claimant(s) entitled to the unclaimed dividend(s) are as follows:

| CLAIM # | CLAIMANT | DIVIDEND PAYMENTS |
|---|---|---|
| 16 | PUMA<br>Coface North America Inc<br>POB 2102<br>Cranbury NJ 08512 | 561.59 |

The total of the unclaimed dividends is $561.59.

Dated: March 30, 2010

*/s/ L. I. Brady*
Lois I. Brady
Chapter 7 Trustee